IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO. PWG-13-0249
:
JEAN CLAUDE ROY :
:

...oOo...

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 1 | Backpage ads DVD (for ID only) | IM | MAR 7 2014 | MAR 7 2014 |
| 2A-D | JD Backpage ads | IM | MAR 5 2014 | MAR 5 2014 |
| 3A-K | BC Backpage ads | IM | MAR 6 2014 | MAR 6 2014 |
| 4 | DW Backpage ad | IM | MAR 6 2014 | MAR 6 2014 |
| 5A-C | KM Backpage ads | IM | MAR 6 2014 | MAR 6 2014 |
| 6A | Picture of Glock | JD/TB | MAR 5 2014 | MAR 5 2014 |
| 6B | Picture of Glock (reverse side) | TB/GL | MAR 5 2014 | MAR 5 2014 |
| 7 | Picture of Roy Alexandria apartment building | JD/SJ | MAR 5 2014 | MAR 5 2014 |
| 8 | Dredd the Don Facebook records DVD (ID only) | LW | MAR 7 2014 | MAR 7 2014 |
| 8A-K,L | DreddtheDon Facebook excerpts | LW | MAR 6 2014 | MAR 6 2014 |
| 9 | DreddtheDon Facebook printouts from internet | LW | MAR 7 2014 | MAR 7 2014 |
| 10A-F | Roy house SW pictures | KB | MAR 6 2014 | MAR 6 2014 |
| 11 | Charter Arms Revolver | KB | MAR 5 2014 | MAR 5 2014 |
| 11A | Picture of Revolver | KB | MAR 6 2014 | MAR 6 2014 |
| 12 | SKS Rifle | KB | MAR 5 2014 | MAR 5 2014 |
| 12A | Picture of Rifle | KB | MAR 5 2014 | MAR 5 2014 |
| 13 | Picture of Revolver and Rifle | KB | MAR 6 2014 | MAR 6 2014 |

1

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 14 | Ammunition | KB | MAR 6 2014 | MAR 6 2014 |
| 15A-K | Rental car SW pictures | KB | MAR 6 2014 | MAR 6 2014 |
| 16 | Dell Laptop | KB | MAR 6 2014 | MAR 6 2014 |
| 17 | Paper with contacts | KB | MAR 6 2014 | MAR 6 2014 |
| 18 | Condoms | KB | MAR 6 2014 | MAR 6 2014 |
| 19 | Camera | KB | MAR 6 2014 | MAR 6 2014 |
| 19A | Camera memory card | KB | MAR 6 2014 | MAR 6 2014 |
| 20 | Macbook Air | KB | MAR 6 2014 | MAR 6 2014 |
| 21 | Hotel receipts | KB | MAR 6 2014 | MAR 6 2014 |
| 22 | Black iPhone (Roy) | KB | MAR 6 2014 | MAR 6 2014 |
| 23 | White iPhone (KM) | KB | MAR 6 2014 | MAR 6 2014 |
| 24 | White iPhone in Hello Kitty case (BC) | KB | MAR 6 2014 | MAR 6 2014 |
| 24A | ZTE phone (KM | KB | MAR 11 2014 | MAR 11 2014 |
| 25 | Creason ads found in car | KB | MAR 6 2014 | MAR 6 2014 |
| 25A | Best Western Hotel Key | KB | MAR 6 2014 | MAR 6 2014 |
| 25B | KM Target Card | KB | MAR 6 2014 | MAR 6 2014 |
| 26 | Creason plea agreement | BC | MAR 7 2014 | MAR 7 2014 |
| 27 | Creason Facebook | BC/MD | MAR 11 2014 | MAR 11 2014 |
| 28 | Sprint Cell Site Records DVD (ID only) | Sprint | MAR 7 2014 | ID only |
| 28A | Sprint subscriber information | Sprint | MAR 7 2014 | MAR 7 2014 |
| 28B | Select Sprint record pages | Sprint/MD | MAR 7 2014 | MAR 7 2014 |
| 29 | AT&T cell site records DVD (ID only) | ATT | MAR 7 2014 | MAR 7 2014 |
| 29A | AT&T subscriber information | ATT | MAR 7 2014 | MAR 7 2014 |
| 29B | Select AT&T record pages | ATT/MD | MAR 7 2014 | MAR 7 2014 |
| 30 | Enterprise receipt | MM | MAR 7 2014 | MAR 7 2014 |
| 28B1 | Document w/ username & propell | WH | MAR 11 2014 | MAR 11 2014 |
| 20A | | | MAR 11 2014 | MAR 11 2014 |

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 30A | Enterprise records | MM/MD | | |
| 31 | DW Facebook excerpts | DW | MAR 7 2014 | MAR 7 2014 |
| 32 | Picture of Union Station | DW | | |
| 33 | Picture of IHOP 1 | DW | | |
| 34 | Picture of IHOP 2 | DW | | |
| 35 | Picture of Walmart | DW | | |
| 36 | Picture of Holiday Inn | DW | MAR 11 2014 | MAR 11 2014 |
| 37 | Roy iPhone contents DVD (ID only) | WH | MAR 11 2014 | ID only |
| 38 | Roy iPhone text messages and web history extracts DVD (ID only) | WH | MAR 11 2014 | ID only |
| 39 | Roy phone web history | WH | MAR 11 2014 | MAR 11 2014 |
| 40 | Roy phone contacts | WH | MAR 11 2014 | MAR 11 2014 |
| 41A | Roy iMessages/BC (189-91) | WH | MAR 7 2014 | MAR 7 2014 |
| 41B | Roy iMessages/BC (212-24) | WH | MAR 7 2014 | MAR 11 2014 |
| 41C | Roy iMessages/BC (206-57) | WH | MAR 11 2014 | MAR 11 2014 |
| 41D | Roy iMessages/BC (273-80) | WH | MAR 11 2014 | MAR 11 2014 |
| 41E | Roy iMessages/BC (737-41) | WH | MAR 6 2014 | MAR 6 2014 |
| 41F | Roy iMessages/JZ (414-24) | WH | MAR 7 2014 | MAR 7 2014 |
| 41G | Roy iMessages/JZ (513-592) | WH | MAR 7 2014 | MAR 7 2014 |
| 41H | Roy iMessages/KM (798-973) | WH | MAR 11 2014 | MAR 11 2014 |
| 41I | Roy iMessages/JZ (629-47) | WH | MAR 7 2014 | MAR 7 2014 |
| 41J | Roy iMessages/JZ (667-74) | WH | MAR 7 2014 | MAR 7 2014 |
| 41K | Roy iMessages/BC (1080-1115) | WH | MAR 6 2014 | MAR 6 2014 |
| 41L | Roy iMessages/JZ (675-84) | WH | MAR 11 2014 | MAR 11 2014 |
| 41M | Roy iMessages/JZ (699-719) | WH | MAR 11 2014 | MAR 11 2014 |
| 42 | JR/BC Video texted to Jack Zhang (IMG_0773) | WH | | |
| 42A | IMG_773 video transcript | MD | | |
| 31A | Facebook Conversation | DW | MAR 11 2014 | MAR 11 2014 |
| 37A | Printout of Report | Heverly | MAR 11 2014 | MAR 11 2014 |
| 37B | Printout Device Account | Heverly | MAR 11 2014 | MAR 11 2014 |

See attached

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 43A | Roy SMS messages/Jessica (331) | WH | MAR 11 2014 | MAR 11 2014 |
| 43B | Roy SMS messages/multiple (484-85) | WH | MAR 11 2014 | MAR 11 2014 |
| 43C | Roy SMS messages/multiple (688-703) | WH | MAR 11 2014 | MAR 11 2014 |
| 43D | Roy SMS messages/Tynisha (817-24) | WH | MAR 5 2014 | MAR 5 2014 |
| 43E | Roy SMS messages/David Cole (914-922) | WH | MAR 5 2014 | MAR 5 2014 |
| 43F | Roy SMS messages/Tameka (1165-67) | WH | MAR 11 2014 | MAR 11 2014 |
| 43G | Roy SMS messages/Kenya (1352-69; 1411-46) | WH | MAR 11 2014 | MAR 11 2014 |
| 43H | Roy SMS messages/Tynisha (1656-1700) | WH | MAR 5 2014 | MAR 5 2014 |
| 43I | Roy SMS messages/Tynisha (1747-56) | WH | MAR 5 2014 | MAR 5 2014 |
| 43J | Roy SMS messages/Tynisha (1960-70; 1972; 1975-81) | WH | MAR 5 2014 | MAR 5 2014 |
| 43K | Roy SMS messages/Tynisha (2127-51) | WH | MAR 5 2014 | MAR 5 2014 |
| 43L | Roy SMS messages/JD (2177) | WH | MAR 5 2014 | MAR 5 2014 |
| 43M | Roy SMS messages/Tynisha (2183-88) | WH | MAR 5 2014 | MAR 5 2014 |
| 43N | Roy SMS messages/Tynisha (2213-19; 2226-48) | WH | MAR 5 2014 | MAR 5 2014 |
| 43O | Roy SMS messages/JD (2258-71) | WH | MAR 5 2014 | MAR 5 2014 |
| 43P | Roy SMS messages/Tynisha (2278-83) | WH | MAR 5 2014 | MAR 5 2014 |
| 43Q | Roy SMS messages/Tynisha (2305-07) | WH | MAR 6 2014 | MAR 6 2014 |
| 43R | Roy SMS messages/JD (2308-12) | WH | MAR 5 2014 | MAR 5 2014 |
| 43S | Roy SMS messages/JD (2569-77) | WH | MAR 5 2014 | MAR 5 2014 |

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 43T | Roy SMS messages/Tynisha (2726-30; 2732; 2746-58) | WH | MAR 5 2014 | MAR 5 2014 |
| 43U | Roy SMS messages/JD (2906-34) | WH | MAR 5 2014 | MAR 5 2014 |
| 43V | Roy SMS messages/JD (3013-16) | WH | MAR 11 2014 | MAR 11 2014 |
| 43W | Roy SMS messages/multiple (3059-62) | WH | MAR 11 2014 | MAR 11 2014 |
| 43X | Roy SMS messages/multiple (3070-71; 3073; 3076--77) | WH | MAR 11 2014 | MAR 11 2014 |
| 43Y | Roy SMS messages/multiple (3090-96) | WH | MAR 11 2014 | MAR 11 2014 |
| 43Z | Roy SMS messages/multiple (3103-10) | WH | MAR 11 2014 | MAR 11 2014 |
| 43AA | Roy SMS messages/Tynisha (42-66) | WH | MAR 5 2014 | MAR 5 2014 |
| 43BB | Roy SMS messages/Tynisha (3721-22; 3726-32) | WH | MAR 5 2014 | MAR 11 2014 |
| 43CC | Roy SMS messages/Sacha (5417-95) | WH | MAR 11 2014 | MAR 11 2014 |
| 43DD | Roy SMS messages/BC (5969-96) | WH | MAR 6 2014 | MAR 6 2014 |
| 43EE | Roy SMS messages/JZ (6680-87) | WH | MAR 7 2014 | MAR 7 2014 |
| 43FF | Roy SMS messages/BC (6723-34 | WH | MAR 6 2014 | MAR 11 2014 |
| 44A-R | Roy iPhone pictures (Aug-Oct 2012) | WH | MAR 5 2014 | MAR 5 2014 |
| 45A-BB | Roy iPhone pictures (Nov-Dec 2012) | WH | MAR 6 2014 | MAR 6 2014 |
| 46 | Hard Drive with contents of Macbook, Dell, and Memory Card from Nikon (ID only) | WH | | |
| 46A-H | Roy MacBook pictures | WH | MAR 6 2014 | MAR 6 2014 |
| 47A-C | Nikon Camera pictures | WH | MAR 11 2014 | MAR 11 2014 |
| 48 | BC iPhone contents DVD (ID only) | JS | MAR 11 2014 | MAR 11 2014 |
| 49 | BC text message extracts (ID only) | JS | MAR 11 2014 | MAR 11 2014 |
| 50A | Creason iMessages/Roy (520-23) | JS | MAR 6 2014 | MAR 6 2014 |
| 50B | Creason iMessages/Roy (545-60) | JS | MAR 6 2014 | MAR 6 2014 |
| 45A-Z | Roy iPhone Pictures | WH | MAR 11 2014 | MAR 11 2014 |
| 44Q | Photo of D | WH | | |
| 46 P | Hand typed Information | WH | MAR 11 2014 | MAR 11 2014 |
| 46 P1 | Screenshot | WH | | |

5

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 50C | Creason iMessages/Roy (584-89) | JS | MAR 6 2014 | MAR 6 2014 |
| 50D | Creason iMessages/Roy (638-73) | JS | MAR 6 2014 | MAR 6 2014 |
| 50E | Creason iMessages/Roy (684-92) | JS | MAR 6 2014 | MAR 6 2014 |
| 50F | Creason iMessages/Roy (768-80) | JS | MAR 11 2014 | MAR 11 2014 |
| 50G | Creason iMessages/KM (2-37) | JS | MAR 11 2014 | MAR 11 2014 |
| 50H | Creason iMessages/Roy (1022-) | JS | MAR 11 2014 | MAR 11 2014 |
| 50I | Creason iMessages/Roy (1052-71) | JS | MAR 6 2014 | MAR 6 2014 |
| 51 | Creason SMS messages/Mommy (10-24) | JS | MAR 7 2014 | MAR 11 2014 |
| 52 | Dropbox thumb drive (ID only) | MD | MAR 12 2014 | MAR 12 2014 |
| 53 | Dropbox subscriber and download information | MD | MAR 12 2014 | MAR 12 2014 |
| 54 | Dropbox – video 00-15-46 (DVD) | MD | MAR 6 2014 | MAR 6 2014 |
| 54A | Dropbox video 00-15-46 transcript | MD | MAR 6 2014 | ID only |
| 55A-E | Dropbox – select images | MD | MAR 5 2014 | MAR 5 2014 |
| 56 | Gmail DVD (for ID only) | MD | MAR 12 2014 | |
| 57 | Gmail subscriber information | MD | MAR 12 2014 | MAR 12 2014 |
| 58A-E | Select emails from Gmail | MD | MAR 12 2014 | MAR 12 2014 |
| 59A | Roy iCould DVD (ID only) | MD | | |
| 59B | Creason iCloud DVD (ID only) | MD | | |
| 60 | iCloud account information | MD | MAR 12 2014 | MAR 12 2014 |
| 61 | Jail calls DVD (ID only) | PS | MAR 12 2014 | MAR 12 2014 |
| 61A | Jail calls (edited) DVD | MD | MAR 12 2014 | MAR 12 2014 |
| 62A | Jail call transcript 1-1-13 7:54 pm | CR/MD | MAR 12 2014 | |
| 62B | Jail call transcript 1-1-13 8:23 pm | CR/MD | MAR 12 2014 | |
| 62C | Jail call transcript 1-5-13 8:22 pm | CR/MD | MAR 12 2014 | |
| 62D | Jail call transcript 1-7-13 6:15 pm | CR/MD | MAR 12 2014 | |

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 62E | Jail call transcript 1-10-13 10:02 am | CR/MD | MAR 12 2014 | |
| 63 | Greyhound records | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 64 | Priceline records | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 65 | Phone contacts | MD | | |
| 66 | Call Frequency for Roy Sprint phone | MD | | |
| 67 | Call Frequency for Roy ATT phone | MD | | |
| 68 | Kittyamor Yahoo email screen shots | MD | | |
| 69 | Hotel Timeline | MD | | |
| 70 | Super 8 Richmond | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 71 | Sheraton Crystal City | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 72 | Sheraton Crystal City | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 73 | Extended Stay America Gaithersburg | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 74 | Super 8 Hagerstown | MD | MAR 11 2014 | MAR 11 2014 ✓ |
| 75 | Comfort Inn Landmark | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 76 | Best Western Capital Beltway | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 77 | Best Western Rockville | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 77A | Hyatt Place Sterling Dulles | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 78 | Holiday Inn College Park | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 78A | Radisson | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 78B | Comfort Inn Shady Grove | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 79 | Best Western Capital Beltway | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 80 | Best Western Manassas | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 81 | Comfort Inn Landmark | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 82 | Holiday Inn Laurel | MD | MAR 12 2014 | MAR 12 2014 ✓ |
| 83 | Comfort Inn Alexandria | MD | MAR 11 2014 | MAR 11 2014 ✓ |
| 84 | Extended Stay Alexandria | MD | MAR 11 2014 | MAR 11 2014 ✓ |

| Exhibit No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 85 | Holiday Inn College Park | MD | MAR 11 2014 | MAR 11 2014 |
| 86 | Sleep Inn Rockville | MD | MAR 11 2014 | MAR 11 2014 |
| 87 | Best Western Rockville | MD | MAR 12 2014 | MAR 12 2014 |
| 88 | Cell Site – August 2012 | MD | MAR 12 2014 | MAR 12 2014 |
| 89 | Cell Site – September 2012 | MD | MAR 12 2014 | MAR 12 2014 |
| 90 | Cell Site – November 2012 | MD | MAR 12 2014 | MAR 12 2014 |
| 91 | Cell Site – December 2012 | MD | MAR 12 2014 | MAR 12 2014 |
| 92A | Sleep Inn Hotel Key | MD | MAR 11 2014 | MAR 11 2014 ID |
| 92B | Vanilla Visa Card | MD | MAR 11 2014 | MAR 11 2014 ID |
| 93 | Broken BB Gun | KB | MAR 6 2014 | MAR 6 2014 |
| 94 | Grand Jury Testimony | DW | MAR 11 2014 | ID only |
| 95 | Personal Information for Re: Employment @ Apple for △ | MD | MAR 12 2014 | MAR 12 2014 |
| 96 | Text Messages | JR | MAR 14 2014 | MAR 14 2014 |
| 97 | Printout AT&T | JR | MAR 14 2014 | MAR 14 2014 |

## UNITED STATES OF AMERICA

## vs.

## JEAN CLAUDE ROY

Criminal No. PWG 13-02492                GOVERNMENT'S HEARING Exhibits

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 20A | 3/11/2014 | 3/11/2014 | WH | Document with user name/profile |
| 28B1 | 3/11/2014 | 3/11/2014 | | |
| 31A | 3/11/2014 | 3/11/2014 | DW | Facebook conversation |
| 31B | 3/11/2014 | 3/11/2014 | | Photograph of defendant |
| 31C | 3/11/2014 | 3/11/2014 | | Facebook Printout |
| 37A | 3/11/2014 | 3/11/2014 | WH | Print out of report |
| 37B | 3/11/2014 | 3/11/2014 | WH | Print out Device Report |
| 44Q | 3/11/2014 | 3/11/2014 | WH | Photo of street |
| 44Q1 | 3/11/2014 | 3/11/2014 | WH | Photo of defendant |
| 45L-1 | 3/12/2013 | 3/12/2014 | | Photograph of Food |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description | |
|---|---|---|---|---|---|
| 45L-2 | 3/12/2014 | 3/12/2014 | | Photo of defendant sitting down in a chair | ✓ |
| 45L-3 | 3/12/2014 | 3/12/2014 | | Photo of defendant sitting in a car | ✓ |
| 45T-1 | 3/12/2014 | 3/12/2014 | | Photograph of police car | ✓ |
| 45U-Z | 3/12/2014 | 3/12/2014 | | Photograph | ✓ |
| 46G | 3/12/2014 | 3/12/2014 | WH | Hand typed Information | ✓ |
| 46G1 | 3/12/2014 | 3/12/2014 | WH | Screenshot | ✓ |
| 46H | 3/12/2014 | 3/12/2014 | WH | Screenshot | ✓ |
| 46H1 | 3/12/2014 | 3/12/2014 | WHI | Screenshot | ✓ |

Exhibit List (Rev. 3/1999)