IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-13-0249 |
| | * | |
| JEAN CLAUDE ROY | * | |
| | * | |

\*\*\*\*\*\*\*

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO UNSEAL TRANSCRIPT (DOCKET NO. 288)

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, Kristi O'Malley, Assistant United States Attorney for said District, submits this response to Defendant's Motion to Unseal Transcript (Docket No. 288). The government does not oppose the unsealing of the transcript of the June 26, 2014[1] motions hearing for the limited purpose of providing such transcript to the defendant's appellate counsel, Gary Proctor, as requested. However, the government requests that the transcript otherwise remain under seal in the District Court and not be available for public viewing in order to comply with the requirements of Federal Rule of Criminal Procedure 412(c)(2).

        Respectfully,

        Rod J. Rosenstein
        United States Attorney

          /s/ *Kristi N. O'Malley*
        Kristi N. O'Malley
        Assistant United States Attorney

---

[1] Although the motion references a June 26, 2013 hearing, the government believes that appellate counsel is actually seeking the June 26, 2014 hearing transcript, as there were no proceedings on June 26, 2013.

**Certificate of Service**

    I certify that on this 5th day of January, 2015, I caused a copy of the foregoing Government's Response to Defendant's Motion to Unseal Transcript to be transmitted to appellate counsel for the defendant, Gary Proctor, via ECF.

                                                      /s/ *Kristi O'Malley*
                                                      Kristi N. O'Malley
                                                      Assistant United States Attorney